UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DEBORAH HUARD, DIEDRE M. DIGIACOMO & CHERI A. CAUDILL, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Docket no. 1:16-cv-473-GZS ) ) |
| KENNEBEC COUNTY, et al., | ) ) ) |
| Defendants. | ) |

**ORDER ON MOTION TO SEVER**

Before the Court is the Joint Motion to Sever (ECF No. 55). For reasons adequately stated in the Motion and on the record at the April 10th Conference of Counsel, the Court now GRANTS the Motion and SEVERS this matter so that each Plaintiff will have a separate case against the named Defendants. This docket shall remain captioned Huard v. Kennebec County et al. and will proceed as to Counts I-III & VIII-XVI as pled in the First Amended Complaint (ECF No. 3) by Plaintiff Deborah Huard only.

The Clerk is directed to open two additional cases:

(1) Docket No. 1:18-cv-163-GZS shall be titled DiGiacomo v. Kennebec County et al. and will proceed as to Counts IV-VI & VIII-XVI as pled in the First Amended Complaint (ECF No. 3) by Plaintiff Diedre DiGiacomo only.

(2) Docket No. 1:18-cv-164-GZS shall be titled Caudill v. Kennebec County et al. and will proceed as to Counts VII-XVI as pled in the First Amended Complaint (ECF No. 3) by Plaintiff Cheri Caudill only.

In each of these new cases, the operative pleadings from this case (ECF Nos. 3 & 18) along with a copy of this Order shall be placed on the docket. All three cases shall be considered related

cases going forward. As to each case, counsel shall file a proposed summary judgment briefing schedule, along with any requests to exceed the default page limits, no later than April 30, 2018.

SO ORDERED.

                                                /s/ George Z. Singal  
                                                United States District Judge

Dated this 17th day of April, 2018.