# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CHERI A. CAUDILL, | ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL NO. 2:18-cv-00164-GZS ) |
| KENNEBEC COUNTY SHERIFFS OFFICE, et al., | ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the Order on Plaintiff's Motion to Dismiss Claim XII – Negligent Supervision and to Dismiss Individually Names Defendants as to Certain Claims entered June 11, 2018 and the Order on Pending Motions entered March 19, 2019, by U.S. District Judge George Z. Singal;

JUDGMENT of dismissal is hereby entered as to Claim XII of the Amended Complaint;

JUDGMENT is further entered for the defendants; Kennebec County Sheriff's Office, Kennebec County Sheriff's Office Corrections Division, Kennebec County Correctional Facility, Ryan Reardon, Marsha Alexander, Calista Campbell, Laura Briggs, Jessica Quinn, Terry York, Randall Liberty, Nancy G. Rines, Kennebec County, Kennebec County Commissioners, Dan Cyr, Bob Devlin, George M. Jabar, II, and Patsy G. Crockett; and against the plaintiff, Cheri A. Caudill on Claims VII-XI and XIII-XVI of the Amended Complaint.

                                                CHRISTA K. BERRY
                                                Clerk of Court


                                                By: /s/ Amy Rydzewski
Dated: March 28, 2019                        Deputy Clerk